LOCKE LORD BISSELL & LIDDELL LLP
Conrad V. Sison (SBN: 217197)
csison@lockelord.com
Matthew B. McClendon (SBN: 256031)
mmcclendon@lockelord.com
300 South Grand Avenue, Suite 2600
Los Angeles, CA  90071
Tel:   (213) 485-1500
Fax:   (213) 485-1200

Attorneys for Defendants
HOMECOMINGS FINANCIAL LLC,
MORTGAGE ELECTRONIC REGISTRATION
SYSTEM, INC. and EXECUTIVE TRUSTEE
SERVICES, LLC (incorrectly sued as "Executive
Services, LLC dba ETS Services, LLC")

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISABEL MONTECINOS, | Case No. CV 09-1333 R (SSx) |
| Plaintiff, | Hon. Manuel L. Real |
| vs. | **[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO DISMISS** |
| HOMECOMINGS FINANCIAL, LLC F/K/A HOMECOMINGS FINANCIAL NETWORK, INC. (a Delaware Corporation); MORTGAGE ELECTRONIC REGISTRATION SYSTEM, INC., (a California Corporation); EXECUTIVE SERVICES, LLC dba ETS SERVICES, LLC (a California Corporation) and DOES 1 through 50, Inclusive, | Date:   April 6, 2009<br>Time:   10:00 a.m.<br>Place:  Courtroom 8 |
| Defendants. | |

1

[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO DISMISS
*Montecinos v. Homecomings Financial, LLC, et al.*, Case No. CV 09-1333 R (SSx)

The Court, having considered the Motion to Dismiss Plaintiff's Complaint pursuant to Federal Rule of Civil Procedure 12(b)(6) filed by Defendants Homecomings Financial, LLC ("Homecomings"), Mortgage Electronic Registration System, Inc. ("MERS"), and Executive Trustee Services, LLC ("ETS"), hereby GRANTS the Motion to Dismiss with prejudice on the grounds that Plaintiff's underlying legal theory is unsupported by law and the Complaint fails to state claims against Homecomings, MERS and/or ETS upon which relief may be granted.

**IT IS SO ORDERED.**

DATED: _____    _____
Hon. Manuel L. Real
United States District Judge
Central District of California

Locke Lord Bissell & Liddell LLP
300 South Grand Avenue, Suite 2600
Los Angeles, CA 90071

2
[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO DISMISS
*Montecinos v. Homecomings Financial, LLC, et al.*, Case No. CV 09-1333 R (SSx)

# CERTIFICATE OF SERVICE

The undersigned on oath states that he served the foregoing on:

Mr. James Curtis
James Curtis & Associates
7121 Magnolia Avenue
Riverside, California  92504

in a properly addressed, postage prepaid envelope and by depositing same in the U.S. mail chute at 300 South Grand Boulevard, Los Angeles, California 90071 on the 4th day of March, 2009.

/s/ Matthew B. McClendon

1574929v.1

**Locke Lord Bissell & Liddell LLP**
**300 South Grand Avenue, Suite 2600**
**Los Angeles, CA  90071**

3

[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO DISMISS
*Montecinos v. Homecomings Financial, LLC, et al.*, Case No. CV 09-1333 R (SSx)