| | |
|---|---|
| 1 | LOCKE LORD BISSELL & LIDDELL LLP |
| 2 | Conrad V. Sison (SBN: 217197) |
|   | csison@lockelord.com |
| 3 | Matthew B. McClendon (SBN: 256031) |
| 4 | mmcclendon@lockelord.com |
|   | 300 South Grand Avenue, Suite 2600 |
| 5 | Los Angeles, CA  90071 |
| 6 | Tel:   (213) 485-1500 |
|   | Fax:  (213) 485-1200 |
| 7 | |
| 8 | Attorneys for Defendants |
|   | HOMECOMINGS FINANCIAL LLC, |
| 9 | MORTGAGE ELECTRONIC REGISTRATION |
| 10 | SYSTEM, INC. and EXECUTIVE TRUSTEE |
|   | SERVICES, LLC (incorrectly sued as "Executive |
| 11 | Services, LLC dba ETS Services, LLC") |

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ISABEL MONTECINOS, | ) | Case No. CV 09-1333 R (SSx) |
| | ) | |
| Plaintiff, | ) | Hon. Manuel L. Real |
| | ) | |
| vs. | ) | **[PROPOSED] ORDER GRANTING** |
| | ) | **DEFENDANTS' MOTION TO DISMISS** |
| HOMECOMINGS FINANCIAL, LLC | ) | |
| F/K/A HOMECOMINGS | ) | Date:   April 6, 2009 |
| FINANCIAL NETWORK, INC. (a | ) | Time:   10:00 a.m. |
| Delaware Corporation); MORTGAGE | ) | Place:  Courtroom 8 |
| ELECTRONIC REGISTRATION | ) | |
| SYSTEM, INC., (a California | ) | |
| Corporation); EXECUTIVE | ) | |
| SERVICES, LLC dba ETS | ) | |
| SERVICES, LLC (a California | ) | |
| Corporation) and DOES 1 through 50, | ) | |
| Inclusive, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

1

[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO DISMISS
*Montecinos v. Homecomings Financial, LLC, et al.*, Case No. CV 09-1333 R (SSx)

1  The Court, having considered the Motion to Dismiss Plaintiff's Complaint
2  pursuant to Federal Rule of Civil Procedure 12(b)(6) filed by Defendants
3  Homecomings Financial, LLC ("Homecomings"), Mortgage Electronic Registration
4  System, Inc. ("MERS"), and Executive Trustee Services, LLC ("ETS"), hereby
5  GRANTS the Motion to Dismiss with prejudice on the grounds that Plaintiff's
6  underlying legal theory is unsupported by law and the Complaint fails to state claims
7  against Homecomings, MERS and/or ETS upon which relief may be granted.
8  **IT IS SO ORDERED.**

10  DATED: _____         _____
11                                Hon. Manuel L. Real
                                   United States District Judge
12                                 Central District of California

Locke Lord Bissell & Liddell LLP
300 South Grand Avenue, Suite 2600
Los Angeles, CA  90071

# CERTIFICATE OF SERVICE

The undersigned on oath states that he served the foregoing on:

Mr. James Curtis
James Curtis & Associates
7121 Magnolia Avenue
Riverside, California  92504

in a properly addressed, postage prepaid envelope and by depositing same in the U.S. mail chute at 300 South Grand Boulevard, Los Angeles, California 90071 on the 4th day of March, 2009.

/s/ Matthew B. McClendon

1574929v.1

**Locke Lord Bissell & Liddell LLP**
**300 South Grand Avenue, Suite 2600**
**Los Angeles, CA  90071**

3

[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO DISMISS
*Montecinos v. Homecomings Financial, LLC, et al.*, Case No. CV 09-1333 R (SSx)